### DOLLIE REDDISH v. STATE OF FLORIDA

31 So. (2nd) 65                              June Term, 1947
July 15, 1947                             Special Division B

Affirmed.

### PATRICK BUTTINO and FLORIDA INDUSTRIAL COMMISSION v. PAN AMERICAN AIRWAYS, INC. and HARTFORD ACCIDENT AND INDEMNITY COMPANY.

31 So. (2nd) 65                              June Term, 1947
July 18, 1947                             Special Division B

Affirmed.

### FRANK SCHULER v. C. D. REYNOLDS

31 So. (2nd) 928                           June Term, 1947
July 22, 1947                             Special Division A
Rehearing denied October 3, 1947

Affirmed.

### KATHLEEN STILWELL EDWARDS, a married woman, joined by her son and next friend, THOMAS STILWELL EDWARDS, v. GRACE T. STILWELL, a widow and NEW RIVER ISLES COMPANY, corporation.

31 So. (2nd) 65                              June Term, 1947
July 22, 1947                                 Division B

Affirmed.

### JOSEPH D. BARTLEY v. STATE OF FLORIDA

31 So. (2nd) 65                              June Term, 1947
July 22, 1947                             Special Division B

Affirmed.

### C. C. CUNNINGHAM v. LUCILE FUNK CUNNINGHAM

31 So. (2nd) 65                              June Term, 1947
July 22, 1947                                   En Banc

Affirmed.

### WILLIE SAFFORLD v. A. T. McCASKILL, as executor of the estate of Lena Dean Safforld, deceased, et al.

31 So. (2nd) 752                           June Term, 1947
July 29, 1947                             Special Division A
Rehearing denied September 5, 1947

Affirmed.